UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

MAR -6 2019

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MARLON MITCHELL, a/k/a "Squeeky," | ) |
| TRAMIEN MCGREW, | ) |
| MARQUIS DAVIS, | ) |
| DONJA MOORE, | ) |
| DONZELL BARNES, | ) |
| NICHOLAS SCOTT, a/k/a "Nikko," | ) |
| BERNARD DORRIS, | ) |
| DEJA SHELTON, | ) |
| | ) |
| Defendants. | ) |

## 4:19CR196 RLW/NAB

## INDICTMENT

### COUNT I

The Grand Jury charges that:

Beginning at a time unknown to the Grand Jurors, but including January, 2018, within the

Eastern District of Missouri, and elsewhere, the defendants,

**MARLON MITCHELL, a/k/a "Squeeky,"
TRAMIEN MCGREW,
MARQUIS DAVIS,
DONJA MOORE,
DONZELL BARNES,
NICHOLAS SCOTT, a/k/a "Nikko,"
BERNARD DORRIS, and
DEJA SHELTON,**

knowingly, and intentionally combined, conspired, confederated, and agreed together and with

each other, and with other persons known and unknown to the Grand Jury, to commit the following

offense against the United States: to distribute one hundred grams or more of a mixture or

substance containing phencyclidine, a schedule III controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

## COUNT II

The Grand Jury charges that:

Beginning at a time unknown to the Grand Jurors, but including January, 2018, within the Eastern District of Missouri, and elsewhere, the defendants,

**MARQUIS DAVIS,**
**DONZELL BARNES, and**
**NICHOLAS SCOTT, a/k/a "Nikko,"**

knowingly, and intentionally combined, conspired, confederated, and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to commit the following offense against the United States: to distribute fentanyl, a schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

## COUNT III

The Grand Jury further charges that:

On or about February 11, 2019, in the City of St. Louis, within the Eastern District of Missouri, the defendant,

**MARLON MITCHELL, a/k/a "Squeeky,"**

knowingly and intentionally distributed cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT IV

The Grand Jury further charges that:

On or about February 25, 2019, in the City of St. Louis, within the Eastern District of Missouri, the defendant,

**MARLON MITCHELL, a/k/a "Squeeky,"**

knowingly and intentionally distributed cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
JEANNETTE S. GRAVISS, #44483MO
Assistant United States Attorney