FILED

MAR - 6 2019

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,                    )
                                             )
                Plaintiff,                   )
                                             )
        v.                                   )
                                             )      4:19CR196 RLW/NAB
MARLON MITCHELL, a/k/a  "Squeeky," )
TRAMIEN MCGREW,                              )
MARQUIS DAVIS,                               )
DONJA MOORE,                                 )
DONZELL BARNES,                              )
NICHOLAS SCOTT, a/k/a "Nikko,"               )
BERNARD DORRIS,                              )
DEJA SHELTON,                                )
                                             )
                Defendants.                  )

ORDER

It appearing to the Court that the following defendants to wit:

**MARLON MITCHELL, a/k/a  "Squeeky,"**
**TRAMIEN MCGREW,**
**MARQUIS DAVIS,**
**DONJA MOORE,**
**DONZELL BARNES,**
**NICHOLAS SCOTT, a/k/a "Nikko,"**
**BERNARD DORRIS,**
**DEJA SHELTON,**

have been indicted by the Grand Jury, and that the defendants have not yet been taken into custody, nor have the defendants yet given bail for the defendants' initial appearance to answer said indictment, it is by the Court ordered that said indictment shall be sealed and suppressed by the Clerk of the Court until said defendants are in custody or have been given bail for their initial appearance.

_____
UNITED STATES DISTRICT JUDGE

Dated this _____ day of March, 2019.