

# U.S. Department of Justice

United States Attorney
Eastern District of Missouri

*Organized Crime Drug Enforcement Task Force*

---

| | | |
|---|---|---|
| *Jeannette S. Graviss* | *Thomas Eagleton U.S. Courthouse* | OFFICE:  314-539-2200 |
| *Assistant United States Attorney* | *111 S. 10th Street, Rm. 20.333* | DIRECT: 314-539-7670 |
| | *St. Louis, MO  63102* | FAX: 314-539-2312 |
| | | *Jeannette.graviss@usdoj.gov* |

March 12, 2019

Mr. Gregory J. Linhares
U.S. District Court Clerk
111 South 10th Street, 3rd Floor
St. Louis, MO 63102

    Re:    <u>United States v. Marlon Mitchell, et al.</u>
                Cause No. 4:19 CR 196 RLW (NAB)

Dear Mr. Linhares:

    The indictment returned by the Grand Jury in the above-captioned case on March 6, 2019, was ordered suppressed pending the apprehension of the defendants named therein.

    At least one defendant has now been apprehended.  Therefore, it is directed that the suppression order of this indictment be lifted.

                Very truly yours,

                JEFFREY B. JENSEN

                United States Attorney


                /s/ *Jeannette S. Graviss*
                Jeannette S. Graviss, #44483MO
                Assistant United States Attorney

JSG/sab